## DAVIS v. FIRST NAT. BANK OF GROVETON.

### No. 3501.

'Court of Civil Appeals of Texas. El Paso.

May 13, 1937.

W. B. Thomas, of Groveton, and M. E. Gates, of Huntsville, for plaintiff in error.

Crow & Chessher, of Groveton, for defendant in error.

NEALON, Chief Justice.

In· this cause, on February 11, 1937, the time for filing briefs was extended to March 11, 1937, for plaintiff in error, and to April 17, 1937, for defendant in error. No briefs have been filed.

. The writ of error is dismissed.